**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Joseph Lomax Jordan, Jr.
Attorney at Law
1817 W. University Ave.
Lafayette LA 70506

**REHEARING ACTION: December 23, 2015**

**Docket Number: 15   00207-CA**

**IN THE MATTER OF THE PROFESSIONAL LIABILITY CLAIM OF BRIAN SNAVELY (D), ET AL.**

**Appealed from Lafayette Parish Case No. C-20143917**

**BEFORE JUDGES:**

> **Hon. Ulysses Gene Thibodeaux**
> **Hon. John D. Saunders**
> **Hon. David Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Linda Snavely** has this day been

> **DENIED.**

cc: Alan K. Breaud, Counsel for the Appellee